**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 99-31253**
**Summary Calendar**

_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**ALEX HAMILTON, JR.,**

**Defendant-Appellant.**

_____

**Appeal from the United States District Court**
**for the Middle District of Louisiana**
**(94-CR-89-ALL-A)**

_____

October 30, 2000

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

This appeal concerns revocation of supervised release. Counsel for Alex Hamilton, Jr., has moved for leave to withdraw and has filed a brief as required by **_Anders v. California_**, 386 U.S. 738 **[87 S. Ct. 1396]** (1967). Although notified of his right to file a response, Hamilton has _not_ done so.

Our independent review of the brief and the record discloses _no_ nonfrivolous issue for appeal. _See_ **_id._** Accordingly, counsel's

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

motion for leave to withdraw is **GRANTED**, counsel is excused from further responsibilities herein, and the appeal is **DISMISSED**.  5TH CIR. R. 42.2.